RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/21/09
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAMS<br>LA. DOC #502500<br>VS.<br><br>WARDEN, WINN CORRECTIONS CENTER | CIVIL ACTION NO. 09-0653<br><br>SECTION P<br><br>CHIEF JUDGE JAMES<br><br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 4], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 5];

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 21 day of August, 2009.

ROBERT G. JAMES
CHIEF JUDGE